# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Robert Preston, | Civil No. 17cv169 PAM/DTS |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Old Dominion Freight Line, Inc., | |
| Defendant. | |

_____

The court having been advised that the above case has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated:   October 11, 2018

*s/ Paul A. Magnuson*
PAUL A. MAGNUSON
United States District Judge